BLU: 2009R00839

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-866 (RmB) |
| v. | : | 21 U.S.C. § 846 |
| CARLOS ROSALES | : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about July 16, 2009, in Essex County, in the District of New Jersey and elsewhere, defendant

CARLOS ROSALES

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 846.

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 09-_____

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

CARLOS ROSALES

**INFORMATION FOR**

21 U.S.C. § 846

**PAUL J. FISHMAN**
U.S. ATTORNEY NEWARK, NEW JERSEY

BRIAN L. URBANO
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2078